**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00010-CV**
_____

**KATHRYN WILLIAMS AND N.D. (DOUG) WILLIAMS, ET AL, Appellants**

**V.**

**LINDA TEMPLETON, INDIVIDUALLY AND AS TRUSTEE IN THE WILL OF DOYLE WADE TEMPLETON, Appellee**

On Appeal from the 1A District Court
Jasper County, Texas
Trial Cause No. 34173-A

**MEMORANDUM OPINION**

Appellants BBX Operating, L.L.C., Border to Border Exploration, L.L.C., and Kodiak Resources, Inc. filed a motion to dismiss their appeal. The motion is voluntarily made by these appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion to dismiss and dismiss the appeal of BBX Operating, L.L.C., Border to Border Exploration, L.L.C., and Kodiak Resources, Inc. The appeal shall continue as to the remaining appellants.

1

APPEAL DISMISSED IN PART.

PER CURIAM

Submitted on April 7, 2021
Opinion Delivered April 8, 2021

Before Golemon, C.J., Kreger and Horton, JJ.